**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMES MCLEROY, INDIVIDUALLY AND ROSIE GRAY, AS ADMINISTRATOR OF THE ESTATE OF SHAMAR MCLEROY,<br><br>Plaintiff(s),<br><br>v.<br><br>FULTON COUNTY GEORGIA, A POLITICAL SUBDIVISION OF THE STATE OF GEORGIA, ET AL.<br><br>Defendants. | ) | CIVIL ACTION NO.:<br>1:24-cv-04731-VMC |

**<u>NAPHCARE, INC., EARL DELK, AND SAMANTHA SCOTT'S MOTION TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 12, Defendants NaphCare, Inc. ("NaphCare"), Earl Delk ("Delk"), and Samantha Scott ("Scott") (collectively referred to herein as the "NaphCare Defendants"), file this Motion to Dismiss for Failure to State a Claim ("Motion") and request that the Court dismiss Plaintiffs' Complaint [Doc. 1] as related to the NaphCare Defendants. The NaphCare Defendants specifically request that this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismiss Counts Two, Six, Twenty, and Fifty-One. In support of

this Motion, the NaphCare Defendants rely upon the Brief in Support of their Motion to Dismiss.

Respectfully submitted this 6th day of January, 2025.

BAKER & HOSTETLER LLP

*/s/ Jarvarus A. Gresham*
**Gregory C. Ulmer**
*pro hac vice application pending*
Texas Bar No. 00794767
gulmer@bakerlaw.com

811 Main Street
Suite 1100
Houston, TX 77002-6111
Telephone: 713.751.1600
Facsimile: 713.751.1717

**Jarvarus A. Gresham**
Georgia Bar No. 873933
jgresham@bakerlaw.com

1170 Peachtree Street, NE
Suite 2400
Atlanta, GA 30309-7676
Telephone: 404.946.9791
Facsimile: 404.459.5734

*Counsel for Defendants NaphCare, Inc., Earl Delk, and Samantha Scott*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMES MCLEROY, INDIVIDUALLY AND ROSIE GRAY, AS ADMINISTRATOR OF THE ESTATE OF SHAMAR MCLEROY,<br><br>Plaintiff(s),<br><br>v.<br><br>FULTON COUNTY GEORGIA, A POLITICAL SUBDIVISION OF THE STATE OF GEORGIA, ET AL.<br><br>Defendants. | ) | CIVIL ACTION NO.: 1:24-cv-04731-VMC |

**<u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>**

The undersigned hereby certifies that: (i) this document was prepared using Times New Roman font, 14 point type in accordance with L.R. 5.1(C), and (ii) the foregoing DEFENDANTS NAPHCARE INC., EARL DELK, AND SAMANTHA SCOTT'S MOTION TO DISMISS was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants and counsel of record.

This 6th day of January, 2025

*/s/ Jarvarus A. Gresham*
Jarvarus A. Gresham
Georgia Bar No.: 873933